**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-6742**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

JONTAVIOUS KYREE LYONS,

        Defendant - Appellant.

───────────

**No. 22-6743**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

JONTAVIOUS KYREE LYONS,

        Defendant - Appellant.

───────────

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:18-cr-00052-CCE-2; 1:18-cr-00254-CCE-1)

───────────

Submitted:  November 22, 2022              Decided:  November 29, 2022

───────────

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Jontavious Kyree Lyons, Appellant Pro Se.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Jontavious Kyree Lyons appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.[*] We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the district court did not abuse its discretion and sufficiently explained the reasons for the denial. Accordingly, we affirm the district court's order. *United States v. Lyons*, Nos. 1:18-cr-00052-CCE-2, 1:18-cr-00254-CCE-1 (M.D.N.C. June 14, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although Lyons was charged and convicted in two separate criminal cases, the district court issued a single order denying Lyons' compassionate release motion.